UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

```
*****************************
Jack Cocchiarella and             *
Politically Correct Strategies, LLC   *
        Plaintiffs                *
                                  *
v.                                *        Case No. 1:22-cv-00367-SE
                                  *
Nathan Kim                        *
        Defendant                 *
*****************************
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to F. R. Civ. P. 41 (a)(1) (A)( ii) and F. R. Civ. P. 41 (a)(1) (a)(B) and without costs.  All rights of appeal are hereby waived.

Respectfully submitted,
JACK COCCHIARELLA and
POLITICALLY CORRECT
STRATEGIES, LLC.
By their attorneys,
/s/ Kevin G. Collimore
Kevin G. Collimore, NH Bar #11259
CULLEN COLLIMORE
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
kcollimore@cullencollimore.com
Date:  January 5, 2023

Respectfully submitted,
JACK COCCHIARELLA and
POLITICALLY CORRECT
STRATEGIES, LLC.
By their attorneys,
/s/ Susan C. Stone
Susan C. Stone, OH Bar #64445, pro hac vice
KOHRMAN JACKSON & KRANTZ LLP
1375 East 9th Street, 29th Floor
Cleveland, OH 44114
(216) 696-8700
scs@kjk.com
Date:  January 5, 2023

Respectfully submitted,
NATHAN KIM
By his attorneys,
/s/ Benjamin T. King
Benjamin T. King, NH Bar #12888
DOUGLAS, LEONARD & GARVEY, P.C.
14 South Street, Suite 5
Concord, NH 03301
(603) 224-1988
benjamin@nhlawoffice.com
Date:  January 5, 2023

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                        /s/ Susan C. Stone
                                        Susan C. Stone

4859-1936-6728, v. 1